# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| Shifra Kaufman, : | **Case No. 4:15cv856-RAS** |
| Plaintiff : | CIVIL ACTION |
| : | |
| v. : | |
| : | |
| Scott, Parnell & Associates, PC, : | |
| Defendant : | |

## ORDER

In accordance with the Joint Stipulation of Dismissal filed on June 22, 2016 (docket entry no. 7), and as requested by the parties, the court hereby enters this order. This civil action is DISMISSED with prejudice.

**SIGNED this the 30th day of June, 2016.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE